# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Nos. 1D21-2043
1D21-2044
1D21-2045
1D21-2047
(Consolidated for disposition)

_____

R.E.S., A Child,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennifer J. Frydrychowicz, Judge.

September 30, 2022

PER CURIAM.

AFFIRMED.

RAY, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender; Emmalyn Dalton, Assistant Public Defender; and Megan Long, Assistant Public Defender; Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.